In The Texas Court Of Criminal Appeals

Re: Writ No's Lockia17-83-1, Lockia17-83-2, Lockia17-83-3, Lockia17-83-4, Lockia17-83-5, Lockia17-83-6, Lockia17-83-7

RECEIVED IN COURT OF CRIMINAL APPEALS

MAY 18 2016

Abel Acosta, Clerk

63,775-16,18,19,20,2

Ex Parte, Thomas Wayne Florence, Void TDCJ # 429344 Unlawfully Restrained Of His Liberty In Violation Of U.S.C.A. 4th, 5th Com, 8th 14th And Texas Constitution; Art. 1 co 4 Due Course Of Law

I'm Asking This Court's Law Clerk's And Staff Attorndes And Court Why Am I A Pro Se Litigant. From Trial; Appeal And Post Conviction Id. Proceedings Is Being Discriminated Against And Being Denied Access To Court's To Present My Valid Legal Constitutional Claims; Fundamental And Jurisdictional Defects. To This Court For A Full And Fair Review As If I Was Represented By Counsel.

See, Kindley v. State, 795 SW2d 261, 264 (Tex. App. Houston 14th Dist. 1990), Pro Se Person Must Present Argument, Record, And Authority As Any Attorney.

I'm Not Asking Nor Ever Asked For Any Special Treatment From Any Court, Law-Clerk's; Staff Attorney's Or From The Hon.

1

Justices Of This Court. The United States Supreme Court Has Stated That This Court Should Address The Injusticies Brought To This Court's Attention. "BLINDEYE" This Court's Turning Of A BLINDEYE To The Writs, Supra, Is Arbitrary Forcing Me To File 2254's On Each Of These Valid Writs. That's Supported By Direct And A Preponderance Of The Evidence As Mandated.

In Id. Writs I Presented Claims That(Is) If True Would Entitled Me To Relief.

As This Court Held In SHANE AND JOHN MATTHEWS Writs I Prepared (Jasper County) In 2014.

And As This Court Recently Held In EX-PARTE ANDERSON, Writ No. 82,828-01 (TEX. CRIM. App. 2015) ATTY. CYNTHIA ORR.

See. EX Parte FLORENCE, Writs 10CR1217-83-1 NEVER TRANSMITTED 10-26-2010 ART. 11.07. (11.06; 11.08) CITED/ AND ADMITTED BY THE STATE IN 10CR1217-83-3 Writ That Id. Writ Was Never Sent And I've Asked Said Court To Order Writ Sent.

10CR1217-83-2; 10CR1217-83-3; 10CR1217-83-4 10CR1217-83-5; 10CR1217-83-6; 10CR1217-83-7

2

Art's 1107's presented some of the same grounds (suppression) as Ex Parte Anderson, supra - who's case was sent back to the trial court for hearing.

The law clerks, staff attorney's and this court is highly aware of the injustice in Ex Parte Florence, supra, and of his unlawful imprisonment, supported by tons of exhibit's, authorities, argument, record, to be entitled to relief as if I had counsel, Kinley, 264, supra (Ex Parte R. Anderson, supra).

Is this court, and clerks and staff attorney's waiting and hoping that this case turns out as (innocent Mr. Tim Cole who was unlawfully imprisoned), Tim Cole.

This court, clerks, staff attorney's has clearly sent the wrong messages to Galveston County. Go on and falsely, illegally carry out your criminal act's and this court supports and condone it. He's just a prose person with no rights

3

SEE, _Coleman v. Thompson_, 111 S.Ct. 2546, 2555

Now I'm Having To File 2254's On Each State Writ And Ask The Fed. Ct. To Remand Back To State Court for Independent Investigation (TX.C.CR.PROC. ART. 1.23; 45.018, 45.019), Id. CITING, _Michigan v. Long_, 463 US 1032, (1983)

This Court Has Sent The Wrong Message To 1st Ct. Of Appeals Related To 0111-00 822CR APPEAL ISSUE No. 3, ETAL, SEE 10CR1217-83-3 WRIT, 10CR1217-83-4, 10-CR1217-83-5-7 WRITS.

SEE, _ERVIN v. STATE_, 331 SW 3d ___ (TEX. CRIM. APP. 2010), A TEXAS (C.C.A.) COURT OF APPEALS COURT, IS DUTY BOUND UNDER THE TEXAS Constitution To Exercise The Full Extent Of Its ~~Power's~~ APPELLATE POWERS (C.C.A.) On QUESTIONS Of FACT BROUGHT Before It On APPEAL. SEE, 01-11-00 822CR ISSUE No. 3, 10CR1217-83-2 * 10CR1217-83-3 * 10CR1217-83-4 * 10CR1217-83-5, 10CR1217-83-7.

Respectfully Submitted _Thomas Lee_

PRAYOR: The InJustices Stopped And Addressed In The Interest Of Justice

5-14-2015

CERT SERV, I CERTIFY & VERIFIED A TRUE/ CORRECT COPY WAS SENT TO JUSTICES C.C.A. P.O. 12308 AUSTIN. TX. 78711

CC 3

4

_Thomas Lee_
5-14-15